## UNITED STATES *versus* JAMES WOODWARD. . . . .

JOURNAL ENTRIES (1825–30): *Journal 4:* (1) Motion for rule to show cause against attachment for not obeying writ of error *p. 17; (2) rule for return enlarged *p. 43; (3) rule for return enlarged *p. 99; (4) rule for return enlarged *p. 130; (5) motion for rule to amend return *p. 136; (6) continued *p. 138; (7) rule to show why return not made *p. 190; (8) motion to quash writ of error *p. 252; (9) continued *p. 324; (10) motion to quash argued, submitted *p. 410; (11) writ of error quashed *p. 412.
PAPERS IN FILE: [None]
*1824–36 Calendar*, MS p. 80.

## SILAS HALSEY *versus* LEVI WASHBURN.

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Motion to dissolve injunction *p. 20; (2) motion for judgment for costs, continued *p. 74; (3) dismissed *p. 110.
PAPERS IN FILE: (1) Affidavit and petition for injunction, allocatur; (2) injunction bond; (3) writ of execution issued by J. P. returned to Supreme Court in obedience to writ of injunction; (4) precipe to enter name of solicitor; (5) motion to dissolve injunction.
*Chancery Case* 52 of 1825.

## JEAN BAPTISTE BERTHELOT *versus* JOSEPH ROLETTE.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Stricken from docket *p. 21.

PAPERS IN FILE: (1) Precipe for capias; (2) security for costs; (3) capias and return.
*1822–23 Calendar*, MS p. 116.